476 A.2d 94

Gilbert Foam Co., Appellant, v. Rockwood Ins. Co.
Petition for Allowance of Appeal
Denied Aug. 20, 1984.

Argued December 8, 1983. Lee H. Roberts, for appellant; Lester L. Greevy, Jr., for appellees.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order affirmed.